QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Karin Kramer (Bar. No. 87346)
  karinkramer@quinnemanuel.com
  Thomas R. Watson (Bar No. 227264)
  tomwatson@quinnemanuel.com
  Nathan Sun (Bar No. 284782)
  nathansun@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Plaintiff TIBCO SOFTWARE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIBCO SOFTWARE INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.<br><br>  Defendants. | CASE NO. 3:14-cv-02782-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF OPPOSITION AND REPLY DATES FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION AND/OR DISMISS; AND TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff TIBCO Software Inc. ("TIBCO") and Defendants Bank of America Corporation, Bank of America, National Association, and Merrill Lynch, Pierce, Fenner & Smith, Inc. (collectively "Bank of America") stipulate to (1) a 14-day extension for TIBCO to file its opposition to Bank of America's Motion to Compel Arbitration and Dismiss and/or Stay, or, In the Alternative, to Dismiss (hereinafter "Motion") (Docket No. 23); (2) a 7-day extension of Bank of America's reply due date from the extended opposition date; and (3) continuing the September 17, 2014 Initial Case Management Conference (and associated meet and confer, ADR, initial disclosures, and filing deadlines) to October 1, 2014 at 9:30 a.m., immediately following the

05999.00001/6167924.1

STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO COMPEL ARBITRATION AND/OR DISMISS AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

hearing on the Motion, so as to conserve judicial time and resources and further the efficient administration of this case.

NOW, THEREFORE, IT IS HEREBY STIPULATED between the parties through their respective attorneys of record, and subject to Court approval, that the following dates shall apply:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| TIBCO's Opposition to the Motion | August 20, 2014 | September 3, 2014 |
| Bank of America's Reply to TIBCO's Opposition | August 27, 2014 | September 17, 2014 |
| Last day to:<br><br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan (FRCivP 26(f) & ADR L.R. 3-5)<br><br>• file ADR Certification signed by Parties and Counsel (Civil L.R. 16-8 (b) & ADR L.R. 3-5(b))<br><br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (Civil L.R. 16-8 (c) & ADR L.R. 3-5(b) & (c)) | August 27, 2014 | September 10, 2014 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement (FRCivP 26(a) & Civil L.R. 16-9) | September 10, 2014 | September 24, 2014 |
| Hearing on the Motion | October 1, 2014 at 9:30 a.m. | No change |
| Initial Case Management Conference | September 17, 2014 at 1:30 p.m. | October 1, 2014 at 9:30 a.m. following the hearing on the Motion |

05999.00001/6167924.1

-2-
STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO COMPEL ARBITRATION AND/OR DISMISS AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

DATED: August 12, 2014

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/*Claude M. Stern*
 Claude M. Stern
 Attorneys for Plaintiff TIBCO SOFTWARE INC.

DATED: August 12, 2014

MUNGER, TOLLES & OLSON LLP

By /s/*Kelly M. Klaus*
 Kelly M. Klaus
 Attorneys for Defendants BANK OF AMERICA CORPOATION; BANK OF AMERICA, NATIONAL ASSOCIATION; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: ___August 14___, 2014

_____
HONORABLE
United States

*APPROVED*
*Judge James Donato*

05999.00001/6167924.1

-3-
STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO COMPEL ARBITRATION AND/OR DISMISS AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

## ATTESTATION

I, Claude M. Stern, am the ECF user whose ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Kelly M. Klaus has concurred in this filing.

Dated: August 12, 2014

*/s/ Claude M. Stern*
Claude M. Stern

05999.00001/6167924.1

-4-
STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO COMPEL ARBITRATION AND/OR DISMISS AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE