QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
Thomas R. Watson (Bar No. 227264)
tomwatson@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Karin Kramer (Bar. No. 87346)
karinkramer@quinnemanuel.com
Jenny Grantz (Bar No. 287960)
jennygrantz@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California   94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for Plaintiff TIBCO SOFTWARE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIBCO SOFTWARE INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.<br><br>            Defendants. | CASE NO. 3:14-cv-02782-JD<br><br>**NOTICE OF APPEAL** |

1    **NOTICE IS HEREBY GIVEN** that Plaintiff TIBCO Software Inc. appeals to the United
2    States Court of Appeals for the Ninth Circuit from the October 1, 2014 order compelling
3    arbitration and dismissing the case, and each and every part thereof.  *See, e.g., Johnmohammadi v.*
4    *Bloomingdale's, Inc.*, 755 F.3d 1072, 1074 (9th Cir. 2014) (holding order compelling arbitration
5    and dismissing case to be a final appealable order).
6        Plaintiff's Representation Statement is attached to this Notice as required by Ninth Circuit
7    Rule 3-2(b).

9    DATED:  October 31, 2014        QUINN EMANUEL URQUHART &
10                                                   SULLIVAN, LLP

12                                         By * /s/Claude M. Stern*
                                           Claude M. Stern
13                                              Attorneys for Plaintiff TIBCO SOFTWARE INC.