

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 06 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TIBCO SOFTWARE, INC., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> BANK OF AMERICA CORPORATION; et al., <br><br> Defendants - Appellees. | No. 14-17172 <br><br> D.C. No. 3:14-cv-02782-JD <br> Northern District of California, <br> San Francisco <br><br> ORDER |

The parties have stipulated to the dismissal of this case under the Federal Rule of Appellate Procedure 42(b). The appeal is dismissed with prejudice.

Costs shall be allocated pursuant to the terms of the stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.


For the Court:

MOLLY C. DWYER
Clerk of the Court


Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10